Name (Bar No.): _____

Firm: _____

Address: _201 S. Main St., Ste. 1800, Salt Lake City, UT 84111_

Telephone: _____

Email: _____

*Attorney(s) for* _____

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP. _____, <br><br> Plaintiff, <br><br> v. <br><br><br> _____, <br><br> Defendant. | MOTION FOR PRO HAC VICE ADMISSION <br><br> CASE NO: 2:22-cv-00215-TS-DAO |

I move for the pro hac vice admission of _____ (Applicant) as counsel for _____, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

      is not a member of the Utah State Bar.

      does not maintain a law office in Utah.

      has not been admitted pro hac vice in any case in this district in the previous 5 years.

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

_____

_____

_____

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

_____

_____

_____

DATED: _May 2, 2022_____.

                                           /s/ Juliette P. White
                                           Signature