Samuel C. Straight (7638)
Michael K. Erickson (12503)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: sstraight@rqn.com
Email: merickson@rqn.com

John M. Neukom (*pro hac vice*)
Kathryn Saba (*pro hac vice*)
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108
Tel: (415) 738-5719
jneukom@debevoise.com
ksaba@debevoise.com

Edward L. Tulin (*pro hac vice*)
Gish PLLC
41 Madison Ave, Floor 31
New York, NY 10010
Tel: (212) 518-2332
edward@gishpllc.com

*Attorneys for Defendant GAF Materials LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| **EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP.,**<br>***Plaintiffs,***<br>**v.**<br><br>**GAF MATERIALS LLC,**<br>***Defendant.*** | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No.: 2:22-cv-00215-TS-DAO<br><br>The Honorable Ted Stewart<br>Magistrate Judge Daphne A. Oberg |
|---|---|

Please take notice that Michael K. Erickson of Ray Quinney & Nebeker, PC, hereby enters his appearance as counsel for Defendant GAF Materials LLC in the above-captioned action.

Dated this 12th day of April, 2023.

**RAY QUINNEY & NEBEKER P.C**

*/s/ Michael K. Erickson*
Samuel C. Straight
Michael K. Erickson

*Attorneys for Defendant GAF Materials LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April 2023, a true and correct copy of the foregoing was electronically filed with the CM/ECF system of the U.S. District Court for the District of Utah. The CM/ECF system sent a Notice of Electronic Filing (NEF) to the attorneys of record, who have consented in writing to accept this NEF as service of this document by electronic means.

*/s/ Megan Kuchenthal*

1635100