Juliette P. White, USB #9616
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JWhite@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES INC., PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> GAF MATERIALS LLC <br><br> Defendant. | **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' MOTION TO SEAL DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS, AND RELATED FILINGS [DKT. 118]** <br><br> Case No. 2:22-cv-00215-TS-DAO <br><br> The Honorable Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiffs Eagle View Technologies, Inc., and Pictometry International Corp. (collectively "EagleView"), pursuant to DUCivR 5-3 and the Standard Protective Order that applies in all civil cases in the U.S. District Court for the District of Utah, hereby move this Court for leave to file under seal **Plaintiffs' Motion to Seal Defendant's Motion for Leave to File First Amended**

4855-6805-7183.v2

**Answer and Counterclaims, and Related Filings** (hereinafter the "**Motion**"), including **Exhibit 1**, attached thereto, which is a declaration from a representative of non-party Verisk.[1]

The **Motion** references and summarizes information that EagleView designated as "Confidential Information—Attorneys' Eyes Only" pursuant to the Standard Protective Order. *See* DUCivR 26-2; DUCivR 5-3(b)(2)(C)(i). In the **Motion**, EagleView describes provisions of the Settlement Agreement between EagleView and third-parties Verisk Analytics, Inc. and Xactware Solutions, Inc. (collectively, "Verisk"). The Settlement Agreement is, by its own terms, highly confidential. That confidentiality contractually extends to any communications regarding the Settlement Agreement.

While a confidentiality provision in a settlement agreement or contract is insufficient, on its own, to warrant sealing, the Settlement Agreement (and the **Motion** and **Exhibit 1** summarizing its provisions) contains highly confidential business information that, if made public, would harm both EagleView and third-party Verisk's competitive interests. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978) (holding that a court may seal documents containing "business information that might harm a litigant's competitive standing") and *Hershey v. ExxonMobil Oil Corp.*, 550 F. App'x 566, 574 (10th Cir. 2013) (holding that "the rationale for protecting . . . records is even stronger [when] the records could harm the competitive interests of third parties"). Here, the competitive harm to EagleView and non-party Verisk heavily outweighs the public interest in access.

---

[1] EagleView's Motion to Seal Defendant's Motion for Leave to File First Amended Answer and Counterclaims, and Related Filings was filed on April 25, 2023 [Dkt.118].

4855-6805-7183.v2

Specifically, the **Motion** explains in detail, with reference to particular provisions of the Settlement Agreement, the reasons why publication of this material would be competitively harmful. This argument is supported by a declaration from a representative of non-party Verisk, attached to the **Motion** as **Exhibit 1**, which EagleView also asks that the Court seal in light of the highly confidential information referenced therein, which similarly explains with reference to particular provisions of the Settlement Agreement, the reasons—from non-party Verisk's perspective—of why publication of this material would be competitively harmful.

Finally, the Settlement Agreement is not necessary in this instance "to determine the litigants' substantive legal rights," strengthening the rationale to keep it sealed. *See Hershey*, 550 F. App'x at 574. Accordingly, EagleView asks that the Court order that the **Motion** and related filings itself be sealed.

4855-6805-7183.v2

Dated:  April 25, 2023

/s/ Juliette P. White

Juliette P. White
Sarah Jenkins Dewey
Patrick Neville
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Fax: 801.536.6111
JWhite@parsonsbehle.com
ecf@parsonsbehle.com

L. Kieran Kieckhefer
Christina Myrold
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
kieran.kieckhefer@shearman.com

Lillian J. Mao
Yue (Joy) Wang
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
lillian.mao@shearman.com
joy.wang@shearman.com

Eric S. Lucas
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022
Telephone: 212.838.4955
Fax: 646.848.4955
eric.lucas@shearman.com

*Attorneys for Plaintiffs Eagle View
Technologies, Inc. and Pictometry
International Corp.*

4855-6805-7183.v2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 25th day of April 2023, I caused to be electronically filed and served the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' MOTION TO SEAL DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS, AND RELATED FILINGS [DKT. 118] with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to all attorneys listed on the docket.

*/s/* Juliette P. White

Juliette P. White
*Attorney for Plaintiffs*

4855-6805-7183.v2