Michael K. Erickson (12503)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Tel.: 801-532-1500
Fax: 801-532-7543
merickson@rqn.com

*Attorney for Defendant - Additional counsel listed in signature block*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP.,** | **DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| *Plaintiffs*, | |
| v. | Case No.: 2:22-cv-00215 |
| | The Honorable Ted Stewart |
| | Magistrate Judge Daphne A. Oberg |
| **GAF MATERIALS, LLC,** | |
| *Defendant*. | |

Pursuant to Rule 5-3 of the Local Rules of Civil Practice for the District of Utah and the

Standard Protective Order that applies in all civil cases in the United States District Court for the

District of Utah, Defendant GAF Materials, LLC ("Defendant" or "GAF") hereby moves this

Court for leave to file under seal certain portions of Defendant's First Amended Answer and

Counterclaims and the exhibits attached thereto (together, the "FAAC").

## **ARGUMENT**

Although court records are "presumptively open to the public" under Rule 5-3(a)(1) of the Local Rules of Civil Practice for the District of Utah, this Court may "seal documents if the public's right of access is outweighed by competing interests." *AH Aero Serv., LLC v. Heber City*, No. 2:17-cv-01118-HCN-DAO, 2020 U.S. Dist. LEXIS 195061, at *5 (D. Utah, Oct. 19, 2020) (quoting *JetAway Aviation, LLC v. Bd. of Cty Comm'rs*, 754 F.3d 824, 826 (10th Cir. 2014)); *see also Podium Corp. v. Chekkit Geolocation Servs.*, No. 2:20-cv-00352-JNP-DAO, 2021 U.S. Dist. LEXIS 89883, at *8-9 (D. Utah, May 10, 2021). There is good cause for the Court to seal documents that "contain information that is highly sensitive and of a proprietary nature." *Braun v. Medtronic Sofamor Danek, Inc.*, 719 F. App'x 782, 801 n.8 (10th Cir. 2017) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Specifically, this Court has held that good cause exists to seal documents that disclose "communications regarding [a company's] actual or potential customers or partners, confidential pricing information, internal business strategies, non-public comparisons of competitors' products, and/or product planning." *Podium Corp. v. Chekkit Geolocation Servs.*, No. 2:20-cv-00352-JNP-DAO, 2021 U.S. Dist. LEXIS 89883, at *8 (D. Utah, May 10, 2021). Those considerations apply to the portions of the FAAC that GAF seeks to seal here, and good cause therefore exists for the Court to permanently seal those portions.

Specifically, certain of the text highlighted in yellow in the sealed FAAC (the "GAF Confidential Information") concerns GAF's commercial relationship with supplier Pushpin, Inc. and discloses the terms of the parties' contractual relationship, pricing information, its purchase history, and other sensitive, confidential, and strategic aspects of GAF's business affairs. This information falls squarely within the scope of information that this Court has previously held to be

confidential and permanently sealed for good cause.  *See*, *e.g.*, *AH Aero Serv.,* LLC, 2020 U.S. Dist. LEXIS 195061, at *13-16 (citing cases).  The GAF Confidential Information also includes information regarding GAF's analysis of the market for and negotiations with a potential alternative supplier, whom GAF has named a co-conspirator with Plaintiffs in its counterclaim for Plaintiffs' violation of the Sherman Act, 15 U.S.C. § 1.  The details of this analysis and these negotiations include the identity of GAF's "actual or potential customers and partners," GAF's "internal business strategies," and GAF's "product planning," the disclosure of which this Court has previously held to provide good cause to permanently seal.  *Podium Corp.*, 2021 U.S. Dist. LEXIS 89883, at *8.  Accordingly, good cause exists that justifies sealing the GAF Confidential Information here and GAF therefore respectfully requests that it be permanently and entirely sealed pursuant to Local Rule 5-3.

The remaining text highlighted in yellow in the FAAC, as well as Exhibit 6 to the FAAC, contains information that Plaintiffs Eagle View Technologies, Inc. and Pictometry International Corp. (together, "Plaintiffs") have designated as "CONFIDENTIAL INFORMATION— ATTORNEY'S EYES ONLY" pursuant to the Standard Protective Order (the "Plaintiff Confidential Information").  Defendant's sole basis for proposing that the Plaintiff Confidential Information be sealed is that designation by Plaintiffs.  *See* DUCivR 5-3(b)(2)(C)(i).

Should Plaintiffs seek to have the Plaintiff Confidential Information remain under seal pursuant to Local Rule 5-3(b)(2)(C)(i), GAF respectfully requests that the Plaintiff Confidential Information be permanently and entirely sealed as well.

DATED:  July 21, 2023

John M. Neukom (*pro hac vice*)
Yuqing Cui (*pro hac vice*)
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA  94108
Tel: (415) 738-5700
jneukom@debevoise.com
ycui@debevoise.com

Edward David Hassi (*pro hac vice*)
Leah S. Martin (*pro hac vice*)
Debevoise & Plimpton LLP
801 Pennsylvania Ave N.W. Ste 500
Washington, DC 20004
Tel: (202) 383-8000
thassi@debevoise.com
lmartin@debevoise.com

Edward L. Tulin (*pro hac vice*)
Michael M. Powell (*pro hac vice*)
Gish PLLC
41 Madison Ave, Floor 31
New York, NY 10010
Tel: (212) 518-2000
edward@gishpllc.com
michael@gishpllc.com

/s/ *Michael K. Erickson*

Michael K. Erickson (12503)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Tel.: 801-532-1500
Fax: 801-532-7543
merickson@rqn.com


*Attorneys for GAF Materials LLC*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of July 2023, a true and correct copy of the foregoing was electronically filed with the CM/ECF system of the U.S. District Court for the District of Utah.  The CM/ECF system sent a Notice of Electronic Filing ("NEF") to the attorneys of record, who have consented in writing to accept this NEF as service of this document by electronic means.

Dated: July 21, 2023

/s/ *Megan Kuchenthal*
Megan Kuchenthal