Michael K. Erickson (12503)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Tel.: 801-532-1500
Fax: 801-532-7543
merickson@rqn.com

*Attorney for Defendant - Additional counsel listed in signature block*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **EAGLE VIEW TECHNOLOGIES, INC.,** and **PICTOMETRY INTERNATIONAL CORP.,** <br><br> *Plaintiffs,* <br><br> v. <br><br><br> **GAF MATERIALS, LLC,** <br> *Defendant.* | **DEFENDANT'S SHORT-FORM MOTION FOR RELIEF BASED ON AN UNPREPARED RULE 30(b)(6) WITNESS** <br><br><br> Case No.: 2:22-cv-00215 <br><br> The Honorable Ted Stewart <br> Magistrate Judge Daphne A. Oberg |

Under DUCivR 37-1(b), Defendant moves for relief based on Plaintiffs presenting an unprepared 30(b)(6) witness regarding negotiations of the Settlement Agreement ("SA")—███

██████████████████████████████████████████████████

███████████████████████████████.

Plaintiffs agreed to produce a corporate representative on SA negotiations pursuant to Topic 11 of Defendant's 30(b)(6) Notice. (Powell Decl. ¶2.) But Plaintiffs' designated witness, David Bairstow, █████████████████████████



. (*Id.* ¶¶4-5.)

. (*Id.*)

. (*Id.* ¶4.)

(*Id.* ¶6.)

Because Bairstow did (seemingly) nothing to prepare to testify regarding SA negotiations, and offered zero testimony about the substance of negotiations, GAF is entitled to relief under Rule 37(d). *MP NexLevel, Ltd. Liab. Co. v. Codale Elec. Supply, Inc.*, 2012 U.S. Dist. LEXIS 86640, at *5 (D. Utah June 20, 2012) (unprepared witness "tantamount to a failure to appear"). This Court has discretionary authority to fashion relief in whatever form is sensible. *Robison v. Transamerica Ins. Co.*, 368 F.2d 37, 39 (10th Cir. 1966).

For relief, GAF seeks an order compelling Plaintiffs to present Jurasek, their current Executive Chairman, for a three-hour deposition on SA negotiations.



Relatedly, this Court recently found that Jurasek has "unique, personal knowledge" of the negotiations. Dkt. 369, *EagleView Technologies v. Nearmap*, No 2:21-cv-00283-TS-DAO.

GAF acknowledges that the most common form of relief for an unprepared 30(b)(6) witness is a second 30(b)(6) deposition with an adequately-prepared witness. And GAF has

considered that form of relief.  On balance, however, GAF believes that a half-length Jurasek deposition will be more direct and probative than a second Bairstow deposition offering only secondhand information.

A Jurasek deposition will also be more efficient given that—by this Court's order—Jurasek will be deposed soon in the *Nearmap* case.  GAF is willing to conduct its half-length deposition of Jurasek at the same location on the same or an adjacent day as his *Nearmap* deposition.[1]

GAF raised these issues in a January 12 letter.  Abe Tabaie and Brian Buroker met and conferred on January 18 and exchanged emails afterward but were unable to reach resolution. (Powell Decl. ¶¶8-9.)

---

[1] While GAF prefers relief in the form of a half-length Jurasek deposition, for the reasons explained above, GAF acknowledges that the Court may alternatively or additionally order Plaintiffs to present a properly-prepared corporate representative.

DATED:  January 22, 2024

John M. Neukom (*pro hac vice*)
Yuqing Cui (*pro hac vice*)
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA  94108
Tel: (415) 738-5700
jneukom@debevoise.com
ycui@debevoise.com

Edward David Hassi (*pro hac vice*)
Leah S. Martin (*pro hac vice*)
Debevoise & Plimpton LLP
801 Pennsylvania Ave N.W. Ste 500
Washington, DC 20004
Tel: (202) 383-8000
thassi@debevoise.com
lmartin@debevoise.com

Edward L. Tulin (*pro hac vice*)
Michael M. Powell (*pro hac vice*)
Gish PLLC
41 Madison Ave, Floor 31
New York, NY 10010
Tel: (212) 518-2000
edward@gishpllc.com
michael@gishpllc.com

s/ *Michael K. Erickson*

Michael K. Erickson (12503)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Tel.: 801-532-1500
Fax: 801-532-7543
merickson@rqn.com


***Attorneys for GAF Materials LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2024, a true and correct copy of the foregoing was electronically filed with the CM/ECF system of the U.S. District Court for the District of Utah.  The CM/ECF system sent a Notice of Electronic Filing ("NEF") to the attorneys of record, who have consented in writing to accept this NEF as service of this document by electronic means.

Dated:  January 22, 2024

*/s/ Megan Kuchenthal*
Megan Kuchenthal

4