IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLEVIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> GAF MATERIALS, LLC, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR CLAIM CONSTRUCTION HEARING <br><br><br> Case No. 2:22-CV-215-TS-DAO <br><br> District Judge Ted Stewart |

This matter is before the Court on Plaintiff's Motion for Hearing re Claim Construction.[1] The parties dispute the proper construction of nine claim terms in the asserted patents at issue in this case. The Court will hear argument on the construction of each of the disputed claim terms in the order proposed by the parties' Joint Claim Construction Chart and Status Report,[2] with GAF to present argument first.

The Court will set a three-and-a-half hour hearing to begin at 9:00 a.m. on August 26, 2025. The parties shall have equal time to present all of their respective arguments but may allocate the time spent on each claim as they wish. The Court will allow presentation of expert testimony. Finally, the Court requests that the technology tutorial be submitted in accordance with LPR 4.5, as opposed to a live presentation.

---

[1] Docket No. 315.

[2] Docket No. 323.

It is therefore

ORDERED that Plaintiff's Motion for Hearing re Claim Construction (Docket No. 315) is GRANTED.

DATED this 25th day of July, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge